UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO LOBO FILHO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER MICHAEL SPANIER, et al.,) <br> ) <br> Defendants. ) <br> _____) | No. C09-3802 BZ <br><br> **ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation dated October 22, 2009, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: October 22, 2009

                                    Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\FILHO V.SPANIER\ORDER FOR REASSIGNMENT.wpd

1